Maria Dora Leticia RODRIGUEZ–
OCHOA, Petitioner,

v.

Eric H. HOLDER Jr., Attorney
General, Respondent.

No. 07–74868.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 16, 2010.*

Filed Feb. 24, 2010.

James G. Roche, Esquire, Roche Law-

---

* The panel unanimously concludes this case is
suitable for decision without oral argument.
*See* Fed. R.App. P. 34(a)(2).

847

firm LLC, Santa Ana, CA, for Petitioner.

Corey Leigh Farrell, OIL, Lisa Marie Arnold, Senior Litigation Counsel, Andrea Gevas, U.S. Department of Justice, Washington, DC, Ronald E. LeFevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: FERNANDEZ, GOULD, and M. SMITH, Circuit Judges.

### MEMORANDUM **

Maria Dora Leticia Rodriguez–Ochoa, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order denying her application for cancellation of removal. Our jurisdiction is governed by 8 U.S.C. § 1252. We dismiss the petition for review.

We lack jurisdiction to review Rodriguez–Ochoa's contention regarding the BIA's review of factual findings because she failed to raise it in her second appeal to the BIA. *See Barron v. Ashcroft,* 358 F.3d 674, 678 (9th Cir.2004).

We lack jurisdiction to review the BIA's discretionary determination that Rodriguez–Ochoa failed to establish the requisite hardship for cancellation of removal. *See Martinez–Rosas v. Gonzales,* 424 F.3d 926, 930 (9th Cir.2005).

**PETITION FOR REVIEW DISMISSED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).